# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN HOWARD**                                                  **PLAINTIFF**

**v.**                   **No: 4:23-cv-00552-KGB-PSH**

**DOES**                                                 **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Steven Howard filed a *pro se* complaint on June 12, 2023 (Doc. No. 1). On June 13, 2023, the Court entered an order directing Howard to submit the full $402.00 filing and administrative fee or file a fully completed IFP application within 30 days (Doc. No. 2). Howard was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his

case. On June 20, 2023, the Court's order sent to Howard was returned as undeliverable (Doc. No. 3). On June 21, 2023, the Court entered a text order notifying Howard that the mail could not be delivered to him because he was no longer at the address he provided (Doc. No. 4). Howard was directed to provide notice of his current mailing address no later than thirty days from the entry of the June 21 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelope containing the Court's June 21 order could not be delivered to Howard because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 6.

More than 30 days have passed, and Howard has not complied or otherwise responded to the June 13 or June 21 orders. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Howard's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 10th day of August, 2023.

                                                     _____
                                                   UNITED STATES MAGISTRATE JUDGE