IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN HOWARD**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　**Case No. 4:23-cv-00552-KGB**

**DOES**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Patricia S. Harris (Dkt. No. 7). Plaintiff Steven Howard has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Howard's complaint for failure to prosecute (Dkt. No. 1).

It is so ordered this 28th day of August, 2023.

_____
Kristine G. Baker
United States District Judge